Nov. Term,
1854.

BATES
v.
BULLA.

*A. Ellison*, for the plaintiff. '

---

BATES and Another *v.* BULLA.

*Friday,
December 15.*

APPEAL from the *Carroll* Court of Common Pleas.

*Per Curiam.*—Application for a *ne exeat* and injunction. Writ awarded. Motion to dissolve overruled, and appeal to this Court. No brief is filed. The case, of course, stands for answer. The decree is affirmed with costs.

All points not made by brief may be treated as waived (1).

(1) See note to *Howard* v. *Cobb*, *ante*, p. 5.